**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon BOOTH, | No. CIV 05-1249-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| AT&T LONG TERM DISABILITY PLAN, el al., | |
| Defendants. | |

Having considered Defendants' Motion to File Administrative Record Under Seal Certain [Doc. No. 26], filed with the Court on August 10, 2007, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion to File Administrative Record Under Seal Certain [Doc. No. 26] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall place the entire Administrative Record under seal once it is filed with the Court.

DATED this 14th day of August, 2007.

Stephen M. McNamee
United States District Judge