**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon BOOTH,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T LONG TERM DISABILITY PLAN, el al.,<br><br>        Defendants. | No. CIV 05-1249-PHX-SMM<br><br>**ORDER** |

Having considered the Stipulation (Dkt. 34) of the parties to extend the deadlines for the filing of motions for summary judgment, and for good cause shown,

**IT IS ORDERED GRANTING** the parties' Stipulation. (Dkt. 34)

**IT IS FURTHER ORDERED** setting the deadlines regarding the summary judgment motions as follows:

    a.    Plaintiff's motion for summary judgment is due by October 19, 2007;

    b.    Defendants' Response shall be due on November 9, 2007;

    c.    Plaintiff's Reply shall be due by November 16, 2007;

//

//

//

1    **IT IS FURTHER ORDERED** that the oral argument regarding the summary
2 judgment motions, currently set for November 27, 2007, at 1:30 p.m., is **VACATED**.
3    The Court will, if necessary, reschedule oral arguments at a later date.
4    DATED this 13th day of September, 2007.

Stephen M. McNamee
United States District Judge