**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon Booth, | Case No.: CIV05-1249-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| AT&T Long-Term Disability Plan, and Metropolitan Life Insurance Company, | |
| Defendants. | |

Pursuant to the parties' Stipulation for Extension of Time Re: Briefing Schedule for Motions for Summary Judgment (Second Request) (Dkt.41) and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants until **November 30, 2007** to file a reply in support of their Motion for Summary Judgment and response in opposition to Plaintiff's Cross Motion for Summary Judgment.

**IT IS FURTHER ORDERED** granting Plaintiff until **December 21, 2007** to file a reply in support of her Cross Motion for Summary Judgment.

DATED this 31st day of October, 2007.

_____
Stephen M. McNamee
United States District Judge