**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon Booth,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T Long-Term Disability Plan, and Metropolitan Life Insurance Company,<br><br>        Defendants. | Case No.: CIV05-1249-PHX-SMM<br><br>**ORDER** |

Before the Court is Defendants' motion to remand this claim back to the claim administrator and for a 90-day stay of the proceedings (Dkt. 43).  Such action is necessary, Defendants argue, because a report submitted in connection with Plaintiff's Cross Motion for Summary Judgment is not part of the Administrative Record and Defendants have not reviewed the report.  Plaintiff does not object to Defendants' motion, but reserves the right to object to any findings or decision by the Plan's administrator.  Accordingly,

**IT IS HEREBY ORDERED** granting Defendants' motion to remand this matter to the claim administrator.

//

//

//

//

1 **IT IS FURTHER ORDERED** that Defendants shall have until **February 29,**
2 **2008** to submit their reply in support of its Motion for Summary Judgment and response
3 in opposition to Plaintiff's Cross Motion for Summary Judgment.
4 DATED this 27th day of November, 2007.

```
                    Stephen M. McNamee
                    United States District Judge
```