**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon Booth,<br><br>        Plaintiff,<br><br>        v.<br><br>AT&T Long-Term Disability Plan, and<br>Metropolitan Life Insurance Company,<br><br>        Defendants. | Case No.: CIV05-1249-PHX-SMM<br><br><br>**ORDER** |

Before the Court are the parties' cross motions for summary judgment in this ERISA action.  In reviewing the parties' submissions to date and Administrative Record, the Court has been unable to locate a copy of the employee welfare benefits plan ("the Plan") master plan documents.  Defendants attached the summary plan description ("SPD") as Exhibit 2 to Defendant's Statement of Facts (Dkt. 22), but not the master plan document or documents.  The master plan documents being necessary for the proper adjudication of this matter,

//

//

//

//

//

1    **IT IS HEREBY ORDERED** directing the parties to provide a copy of the master

2  plan document or documents pertaining to the Plan by **Friday, March 21, 2008**.  In the

3  alternative, the parties may notify the Court of the precise location (e.g., exhibit) of the

4  master plan document or documents in the administrative record or other submissions

5  filed in this matter.

6    DATED this 14th day of March, 2008.

7

8

9    _____
       Stephen M. McNamee
10      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26