**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon Booth,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T Long-Term Disability Plan, and Metropolitan Life Insurance Company,<br><br>　　　　Defendants. | Case No.: CIV05-1249-PHX-SMM<br><br>**ORDER** |

　　　Before the Court is the parties' Stipulation to extend Plaintiff's time for filing her reply brief in support of her Cross-Motion for Summary Judgment (Dkt. 50). The parties seek an extension until April 7, 2008, on account of a temporary overload in Plaintiff's counsel's calendar. Plaintiff's reply is currently due March 20, 2008.

　　　The Court finds that good cause has not been shown for the requested extension. Defendants filed their Motion for Summary Judgment on August 3, 2007. (Dkt. 21.) The Court granted two stipulations to extend filing and response deadlines. (Dkts. 35, 42.) On request of the parties, the Court remanded this ERISA matter to the claims administrator and granted a 90-day stay of the proceedings. (Dkt. 45.) The Court granted Defendants until February 29, 2008 to submit their reply in support of their Motion for Summary Judgment and response in opposition to Plaintiff's Cross Motion for Summary Judgment. Plaintiff was therefore aware nearly four months ago of the deadline for her reply brief.

1 However, the Court will grant Plaintiff an extension of one day to file her reply
2 brief. The parties' proposed order attached to the Stipulation erroneously states March
3 21, 2008 as the deadline, rather than March 20, 2008. (See Dkt. 50; see also Fed. R. Civ.
4 P. 6; LRCiv 56.1(d).) Plaintiff's reply shall be due Friday, March 21, 2008. Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiff up to and including **Friday, March 21, 2008** to file a reply brief in support of her Cross-Motion for Summary Judgment.

DATED this 18th day of March, 2008.

_____
Stephen M. McNamee
United States District Judge

- 2 -