**WO**
UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon Booth,<br><br>  Plaintiff,<br><br>v.<br><br>AT&T Long-Term Disability Plan, and Metropolitan Life Insurance Company,<br><br>  Defendants. | No. CV-05-1249-PHX-SMM<br><br>**ORDER** |

Pursuant to the Stipulation for Defendants' Waiver of Costs and Fees and Plaintiff's Right to Appeal (Dkt. 58), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have voluntarily waived any and all rights to recover their costs and attorney's fees incurred in the defense of this case.

**IT IS FURTHER ORDERED** that Plaintiff has voluntarily waived her right to appeal the Court's judgment dated March 31, 2008 in favor of Defendants and against Plaintiff.

DATED this 1st day of May, 2008.

_____
Stephen M. McNamee
United States District Judge